UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-96 |
| V. | ) | (JORDAN/GUYTON) |
| | ) | |
| WILLIAM TODD HISCOCK | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on August 19, 2005, for an initial appearance on an indictment. Assistant United States Attorney David C. Jennings was present representing the government. The defendant was not represented by counsel. The government moved for a detention hearing to be held in three (3) days. A detention hearing and an arraignment are scheduled to commence before the Honorable C. Clifford Shirley, Jr. on **Tuesday, August 23, 2005,** at **10:00 a.m.** The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until, August 23, 2005, and produced for the above scheduled hearing.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge